NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: ROBERT P. LILLENESS, HAN-SHENG YUH, WEIDONG WILLIAM WANG, WAYNE SCOTT,**
*Appellants*

---

2018-1714

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/801,307.

---

## JUDGMENT

---

JAMES J. LUKAS, JR., Greenberg Traurig, LLP, Chicago, IL, argued for appellants. Also represented by GARY R. JAROSIK, MATTHEW J. LEVINSTEIN, SARA MASON SKULMAN.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, MARY L. KELLY, JOSEPH MATAL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LINN and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 12, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |